ACCEPTED
06-15-00023-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/4/2015 9:05:06 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-15-00023-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/4/2015 9:05:06 AM
DEBBIE AUTREY
Clerk

_____

JESSICA BOYETT, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 25505;
HONORABLE WILL BIARD, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF

_____

Gary D. Young
Lamar County and District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-15-00023-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

JESSICA BOYETT, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 25505;
HONORABLE WILL BIARD, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure

for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about October 5, 2015, the appellant (Jessica Boyett) filed her brief in the above-styled and numbered cause. The appellee's (State's) brief is due on or before November 4, 2015.

This motion to extend time seeks an additional thirty (30) days for the State to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause number was 25505.

## III.

On or about February 10, 2015, the appellant (Jessica Boyett) filed her notice of appeal in this Court. By electronic filing or about March 31st, the District Clerk of Lamar County filed the Clerk's Record. The official court reporter filed the Reporter's Record on or about July 7th along with the exhibits on or about July 13, 2015.

The appellant (Jessica Boyett) filed a motion to extend time to file her brief, which this Court granted on or about July 27, 2015. The appellant filed a second motion to extend time to file her brief, which this Court again

granted on or about September 9, 2015. The appellant then filed her brief on October 5, 2015.

## IV.

Since the filing of the appellant's brief on October 5th, counsel for the appellee (State) had criminal dockets, including grand jury on October 8, 2015 and several revocation/adjudication hearings on October 9th. Beginning on the week of October 19th, counsel for the appellee (State) had hearings and a plea-bargain docket on motions to revoke/adjudicate in the 6th Judicial District Court of Lamar County and arraignments/pre-trial dockets on October 20, 2015. Further, a jury panel came in on October 21, 2015 for trial docket. Also, on October 21, 2015, counsel for the appellee (State) had a Motion to Reduce Bond hearing incase numbered 26267 styled *The State of Texas v. Carlos Bowden* in the 6th District Court of Lamar County.

In addition to the criminal dockets and hearings above, counsel for the appellee (State) was preparing and completing the proposed findings of fact and conclusions of law in cause number 20462-HC-4, *et. al.* styled *Ex parte Orian Lee Scott* in the 6th Judicial District Court of Lamar County. Further, counsel for the appellee (State) was preparing and completing the appellee's (State's) brief in cause number 06-15-00024-CR styled *Rodney Boyett v. The State of Texas*, which is currently due on or before November 9, 2015.

Due to these circumstances, counsel for the appellant (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Friday, December 4, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. As the appellee, the State requests that an extension of time until Friday, December 4, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Friday, December 4, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
      Gary D. Young, County Attorney
      SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS     §
                 §
COUNTY OF LAMAR  §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

6

STATE OF TEXAS          §

COUNTY OF LAMAR      §

Subscribed and sworn to before me by Gary D. Young on this the 4th day of November, 2015, to certify which witness my hand and seal of office.



_____

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 4th day of November, 2015 upon the following:

Kristin R. Brown
18208 Preston Road, Ste. D9375
Dallas, TX      75252
kbrown@idefenddfw.com

_____

GARY D. YOUNG
gyoung@co.lamar.tx.us